UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| FRANCISCO JAVIER MEDINA, | ) | No. CV 06-07341-RGK (VBK) |
| | ) | |
|     Petitioner, | ) | ORDER (1) ACCEPTING AND ADOPTING |
| | ) | THE REPORT AND RECOMMENDATION OF |
|   v. | ) | THE UNITED STATES MAGISTRATE |
| | ) | JUDGE, AND (2) DISMISSING THE |
| LARRY E. SCRIBNER, | ) | PETITION FOR WRIT OF HABEAS |
| | ) | CORPUS |
|     Respondent. | ) | |

    Pursuant to 28 U.S.C. §636, the Court has made a *de novo* review of the Petition for Writ of Habeas Corpus ("Petition"), Respondent's Motion to Dismiss, Petitioner's Opposition, Respondent's Answer, Petitioner's Traverse, all of the records herein and the Report and Recommendation of the United States Magistrate Judge ("Report").

    **IT IS ORDERED** that: (1) the Court accepts and adopts the Report and Recommendation, and (2) Judgment be entered dismissing the Petition with prejudice.

DATED: January 15, 2009

                                                    /s/ Gary Klausner
                                                 R. GARY KLAUSNER
                                                 UNITED STATES DISTRICT JUDGE