JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| FRANCISCO JAVIER MEDINA, | ) | No. CV 06-07341-RGK (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| LARRY E. SCRIBNER, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: January 15, 2009

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE